UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself and all others similarly situated,

                  Plaintiff,

-against-

Comoto Holdings, LLC,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2023

23 Civ. 5640 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 11, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by August 29, 2023. ECF No. 6. Those submissions are now overdue. To date, Defendant has not appeared in this action.

Accordingly, by **September 29, 2023**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall advise the Court of his intentions with respect to the continuation of this action.

SO ORDERED.

Dated: August 31, 2023
       New York, New York

ANALISA TORRES
United States District Judge